IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALAN BEAVER WAY | * | |
| Plaintiff, | | |
| v. | * | CIVIL ACTION NO. DKC-07-2109 |
| CLERK OF THE COURT[1] | * | |
| Defendant. | | |
| | *** | |

**MEMORANDUM**

Plaintiff is confined at the United States Penitentiary in Jonesville, Virginia. On August 6, 2007, the court received for filing his Freedom of Information Act ("FOIA") request addressed to the Clerk of Court seeking all records and data under his name. Federal courts and the clerks offices that receive court pleadings are not "agencies" covered under the FOIA. Indeed, the FOIA does not apply to courts of the United States.[2] *See* 28 U.S.C. § 551; *Smith v. United States District Court for the Southern District of Illinois*, 956 F.2d 647, 649 n.1 (7th Cir. 1992); *see also Cook v. Willingham*, 400 F. 2d 885, 885-86 (10th Cir. 1968); *Harris v. United States*, 121 F. R. D. 652, 654 (W.D. N. C. 1988). Therefore, Plaintiff's FOIA request shall be dismissed by separate Order.[3]

Date:  August 16, 2007            /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge

---

[1] The Clerk shall substitute the "Clerk of the Court" for Defendant "Warden."

[2] A review of the Federal Court "Pacer" docket reveals two criminal actions filed under the name of Alan Beaver Way, also known as Alan Laverte Way. *See United States v. Way*, Criminal Nos. DKC-02-048 and DKC-02-0210 (D. Md.). In addition, Plaintiff has filed the following civil cases: *Way v. United States*, Civil Action No. DKC-03-553 (D. Md.); *Way v. United States*, Civil Action No. DKC-05-3136 (D. Md.) *Way v. O'Brien*, Civil Action No. GEC-07-355 (W.D. Va). To the extent that he seeks copies of materials from cases filed in this court, Plaintiff may file a request for copy work at cost or at the cost of the government. If Plaintiff seeks copy work at the expense of the government, he must file the appropriate motion, with an indigency application, and explain what documents he requires and why he needs them.

[3] Plaintiff did not file the $350.00 civil filing fee or a motion for leave to proceed in forma pauperis. In light of the dismissal of this matter, he shall not be required to cure this deficiency.